1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Marshall C. Whitney, #82952
   W. F. Docker, #76250
3  Timothy J. Buchanan, #100409
   5 River Park Place East
4  Fresno, California 93720-1501
   Telephone:     (559) 433-1300
5  Facsimile:     (559) 433-2300

6  Attorneys for Defendants

7

8                     UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  ANTONIO CAMPOS and JULIET CAMPOS,      Case No. 12-CV-00598-LJO-GSA
    Trustees of the ANTONIO AND JULIET
12  CAMPOS FAMILY TRUST doing business as   **DECLARATION OF FERMIN M.**
    CAMPOS BROTHERS FARMS,                  **CAMPOS IN SUPPORT OF**
13                                          **DEFENDANTS' MOTION TO COMPEL**
                  Plaintiffs,               **ARBITRATION**
14
          v.                                Judge:  Hon. Lawrence J. O'Neill
15                                          Date:   June 4, 2012
    CAMPOS FAMILY FARMS, LLC., a            Time:   8:30 a.m.
16  California limited liability company;    Courtroom: 4
    VERONICA CAMPOS, individually;
17  FERMIN M. CAMPOS, individually and as    Complaint Filed: April 16, 2012
    Trustee of the FERMIN and VERONICA      Trial Date:      None
18  CAMPOS FAMILY TRUST and the FERMIN
    M. CAMPOS ADMINISTRATIVE TRUST;
19  ALFREDO MARTINEZ, individually; and
    DOES 1-25, Inclusive,
20
                  Defendants.
21
          I, Fermin M. Campos, declare:
22
          1.      I am named in this action as an individual and as a Trustee of the Fermin and Veronica
23
    Campos Family Trust and the "Fermin M. Campos Administrative Trust." The following facts are
24
    within my personal knowledge. If called as a witness in the case, I can testify competently to them.
25
          2.      I signed the following agreements for the purpose of settling a Fresno County Superior
26
    Court suit and resolving various disputes among the parties to it, on the designated dates:
27
          a.      Settlement Agreement, dated August 26, 2011;
28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

DECLARATION OF FERMIN M. CAMPOS IN SUPPORT OF MOTION TO COMPEL ARBITRATION

1             b.        Addendum to Settlement Agreement, dated January 17, 2012; and

2             c.        Buy Out Agreement, dated January 17, 2012.

3        3.        Paragraph 11 of the Settlement Agreement dated August 26, 2011, paragraph 12 of the

4 Addendum to the Settlement Agreement dated January 17, 2012, and paragraphs 2 and 13 of the Buy

5 Out Agreement dated January 17, 2012 provide for binding arbitration of any dispute that might arise

6 under the agreements or in the implementation of the agreements. Specifically, paragraph 11 of the

7 Settlement Agreement dated August 26, 2011 provides: "<u>Dispute Resolution</u>. Any and all disputes

8 over the terms or implementation of this agreement consisting of Paragraphs 1-12 herein shall be

9 resolved by the Arbitrator, Nickolas Dibiaso, but must first be submitted to mediation by James Simon

10 and Mike Ueltzen. If the mediation does not produce an agreement, the mediators will be authorized

11 to submit a report and recommendation to Justice Dibiaso in order for him to resolve the matter

12 consistent with the general intent of the parties and principles of fairness and equity[.]" Further,

13 paragraph 12 of the Addendum to Settlement Agreement dated January 17, 2012. provides:

14 "**Retention of Jurisdiction.** The Parties agree that the Dispute Resolution Procedure set forth in

15 paragraph 11 of the Monterey Agreement [Settlement Agreement dated August 26, 2011] shall remain

16 in control to enforce the parties' Settlement until performance in full of the terms of the Settlement."

17 Finally, paragraph 2 of the Buy Out Agreement of January 17, 2012 provides: "**Dispute Resolution.**

18 Any and all disputes over the terms or implementation of this Agreement shall be resolved by Justice

19 Nickolas Dibiaso pursuant to his jurisdiction in the *Campos v. Campos* Fresno County Superior Court

20 Action No. 10 CECG 01292…but must first be submitted to mediation by James Simon and Mike

21 Ueltzen. If the mediation does not produce an agreement, the mediators will be authorized to submit a

22 report and recommendation to Justice Dibiaso in order for him to resolve the matter consistent with

23 the general intent of the Parties and principles of fairness and equity."

24        4.        The present new lawsuit brought by Antonio and Juliet Campos is a dispute over the

25 terms or implementation of the agreements described above. The Complaint in paragraph 29 alleges

26 execution of the agreements and relies upon them. These disputes therefore should be referred to

27 ongoing mediation and arbitration that continues with respect to various outstanding issues among

28 these parties.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

DECLARATION OF FERMIN M. CAMPOS IN SUPPORT OF MOTION TO COMPEL ARBITRATION

1    I declare under penalty of perjury under the laws of the United States of America that the

2  foregoing is true and correct and that this declaration is executed on May 4, 2012, at Caruthers, Fresno

3  County, California.

4

5                                          Fermin M. Campos

6

7  12543/00003-1977839.v1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

DECLARATION OF FERMIN M. CAMPOS IN SUPPORT OF MOTION TO COMPEL ARBITRATION