IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CAMPOS, et al., | CASE NO. CV F 12-0598 LJO GSA |
| Plaintiffs, | **ORDER ON DEFENDANTS' F.R.Civ.P. 12 MOTION TO DISMISS** |
| vs. | (Doc. 15.) |
| CAMPOS FAMILY FARMS, LLC, et al., | |
| Defendants. | |

On May 4, 2012, defendants filed their motion to compel arbitration, and a June 8, 2012 hearing is set for the motion. On May 9, 2012, defendants filed their F.R.Civ.P. 12(b)(6) motion to dismiss and set a June 12, 2012 hearing. To preserve the resources of the Court and parties, this Court VACATES the June 12, 2012 hearing on defendants' motion to dismiss and further briefing on the motion to dismiss in that arbitration, if compelled, will render the motion to dismiss moot. If arbitration is not compelled, defendants may reset their motion to dismiss and reset the hearing with not less than 28 days notice, pursuant to Local Rule 230(b). This Court ADMONISHES defense counsel not to needlessly multiply proceedings. *See* 28 U.S.C. § 1927. The clerk is directed to term doc. 15. This Court will take no further action on defendants' motion to dismiss unless and until it is reset pursuant to this order.

IT IS SO ORDERED.

Dated:    May 10, 2012                               /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE