# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTONIO CAMPOS, et al., | ) | 1:12-cv-00598 LJO GSA |
| Plaintiffs, | ) | |
| v. | ) | SEALING ORDER |
| CAMPOS FAMILY FARMS, LLC, et al., | ) | |
| Defendants. | ) | (Doc. 25) |

On May 25, 2012, Plaintiffs Antonio and Juliet Campos, Trustees of the Antonio and Juliet Campos Family Trust, doing business as Campos Brothers Farms, electronically filed its Request to Seal Documents pursuant to Eastern District Local Rule 141 and Federal Rule of Civil Procedure 26. (Doc. 25). On May 30, 2012, Defendant, Campos Family Farm, filed a response to Plaintiff's request in which it indicated that it does not oppose the sealing request for purposes of the Motion to Compel Arbitration. (Doc. 27). Upon a review of the documents, IT IS HEREBY ORDERED that:

    a. Exhibit A to the Declaration of Antonio ("Tony") Campos in Support of Plaintiffs' Opposition to Defendants' Motion to Compel Arbitration, consisting of the Settlement Agreement, dated August 26, 2011 (the "Monterey Agreement");

1

    b. Exhibit B to the Declaration of Antonio ("Tony") Campos in Support of Plaintiffs' Opposition to Defendants' Motion to Compel Arbitration, consisting of the Addendum to the Settlement Agreement, dated January 17, 2012 (the "Addendum"); and

    c. Exhibit C to the Declaration of Antonio ("Tony") Campos in Support of Plaintiffs' Opposition to Defendants' Motion to Compel Arbitration, consisting of the Buy Out Agreement, dated January 17, 2012 (the "Buy Out Agreement").

shall be sealed from the public record for purposes of the Motion to Compel Arbitration.[1] Upon the issuance of this Court's ruling on the Motion to Compel Arbitration, the Court will entertain a motion to unseal the documents if necessary.

The Clerk of the Court is directed to serve copies of the sealed documents on counsel of record in this matter.[2]

IT IS SO ORDERED.

Dated: **May 30, 2012**         /s/ **Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that Plaintiff also requested that several portions of it's Opposition to Defendant's Motion to Compel Arbitration (Doc. 17), portions of the Declaration of Tony Campos filed in Opposition to the Motion to Compel (Doc. 17-3), and portions of the Declaration of Tony Campos filed in support of Plaintiff's Motion to Disqualify Counsel (Doc. 18-3) also be filed under seal. However, the relevant portions of these documents were redacted prior being filed on the CM/ECF. In light of this sealing order, the redactions were proper. As such, these documents are not addressed in this order.

[2] Service may be effectuated via e-mail.