# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CAMPOS, et al., ) | 1:12-cv-00598 LJO GSA |
| ) | |
| Plaintiffs, ) | **ORDER ADOPTING FINDINGS AND** |
| ) | **RECOMMENDATIONS** |
| v. ) | |
| ) | (Document 31) |
| CAMPOS FAMILY FARMS, LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiffs Antonio Campos and Juliet Campos, Trustees of the Antonio and Juliet Campos Family Trust, doing business as Campos Brothers Farms ("Plaintiffs"), filed a complaint for damages and injunctive relief against Defendants Campos Family Farms, LLC, a California limited liability company, Veronica Campos, individually, Fermin M. Campos, individually and as Trustee of the Fermin and Veronica Campos Family Trust and the Fermin M. Campos Administrative Trust, and Alfred Martinez, individually ("Defendants") on April 16, 2012, in this Court. (Doc. 1.)

In response, on May 4, 2012, Defendants filed a Motion to Compel Arbitration and for Stay of Proceedings Pending Completion of Arbitration. (Doc. 13.) Plaintiffs filed their opposition on May 25, 2012 (Doc. 17) and Defendants filed a reply on June 1, 2012 (Doc. 29).

1

1   On June 8, 2012, the Magistrate Judge issued Findings and Recommendations
2 recommending that Defendants' motion be granted.  The Findings and Recommendations were
3 served on all parties and contained notice that any objections were to be filed within fifteen (15)
4 days. (Doc. 31.)  On June 22, 2012, Plaintiffs timely filed Objections to the Magistrate Judge's
5 findings.  (Doc. 32.)
6   In accordance with the provisions of Title 28 of the United States Code section 636
7 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the
8 entire file, the Court finds that the Findings and Recommendations are supported by the record
9 and proper analysis.
10   Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations dated
11 June 8, 2012, are ADOPTED IN FULL.  Therefore, this matter is STAYED pending the outcome
12 of arbitration proceedings.  This Court ORDERS the parties to file every 120 days, starting
13 October 25, 2012, joint status reports to address arbitration progress and whether this action may
14 be dismissed and closed.

17 IT IS SO ORDERED.

18 **Dated:   June 25, 2012**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE