McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Marshall C. Whitney, #82952
W. F. Docker, #76250
Timothy J. Buchanan, #100409
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ANTONIO CAMPOS and JULIET CAMPOS, Trustees of the ANTONIO AND JULIET CAMPOS FAMILY TRUST doing business as CAMPOS BROTHERS FARMS,<br><br>Plaintiffs,<br><br>v.<br><br>CAMPOS FAMILY FARMS, LLC., a California limited liability company; VERONICA CAMPOS, individually; FERMIN M. CAMPOS, individually and as Trustee of the FERMIN and VERONICA CAMPOS FAMILY TRUST and the FERMIN M. CAMPOS ADMINISTRATIVE TRUST; ALFREDO MARTINEZ, individually; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 12-CV-00598-LJO-GSA<br><br>**JOINT REPORT ON STATUS OF ARBITRATION PROCEEDINGS**<br><br>Judge:   Hon. Lawrence J. O'Neill<br><br>Complaint Filed: April 16, 2012<br>Trial Date: None |

TO THE ABOVE-ENTITLED COURT:

Pursuant to the Court's Order Adopting Findings and Recommendations filed on June 25, 2012 (Doc. 31), Plaintiffs and Defendants (collectively hereinafter as "Parties") jointly submit the following report on the status of the arbitration proceedings commenced pursuant to the Court's Order:

1.   The Parties have referred this matter to the Honorable Nickolas J. Dibiaso (Ret.) pursuant to the Court's Order.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

1
JOINT REPORT ON STATUS OF ARBITRATION PROCEEDINGS

2.      The Arbitrator has issued his decision on Plaintiffs' Motion to Disqualify.

3.      On February 13, 2014, the Parties commenced mediation of the underlying matter. The matter has not been resolved.

4.      The Parties have commenced discovery in this action. The arbitration of this matter goes through a two-step resolution process that first requires mediation and dispute resolution hearings followed by recommendations to the Arbitrator. The dispute resolution hearing for this action has been tentatively scheduled by the Parties and the Mediators for June 22-30, 2015. The date could be further moved due to scheduling conflicts but no new date has been set.

5.      The Parties will file additional joint reports on the status of this arbitration in 120-day intervals as required by the above-referenced Order (Doc. 31).

Dated: February 6, 2015

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ Timothy J. Buchanan*
Marshall C. Whitney
W. F. Docker
Timothy J. Buchanan
Attorneys for Defendants

Dated: February 6, 2015

DAMRELL, NELSON, SCHRIMP, PALLIOS, PACHER & SILVA

By: */s/ Kirin K. Virk*
Roger M. Schrimp
Kirin K. Virk
Attorneys for Plaintiffs

12543-00003 3236304.1