1  Kirin K. Virk, State Bar No. 221369
   DAMRELL, NELSON, SCHRIMP,
2   PALLIOS, PACHER & SILVA
   1601 I Street, Fifth Floor
3  Modesto, CA 95354

4  Michael J. Allan, Esq.
   Steptoe & Johnson LLP
5  1330 Connecticut Avenue, NW
   Washington, DC 20036
6  Tel.: (202) 429-3000
   Fax: (202) 429-3902
7
   Attorneys for Plaintiff
8

9  Marshall C. Whitney, State Bar No. 82952
   W. F. Docker, State Bar No. 76250
10 Timothy J. Buchanan, State Bar No. 100409
11 McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
12 7647 North Fresno Street
   Fresno, California 93720
13 Telephone: (559) 433-1300
   Facsimile: (559) 433-2300
14
15 Attorneys for Defendants

## U.S. DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CAMPOS, Trustee of the ANTONIO AND JULIET CAMPOS FAMILY TRUST doing business as CAMPOS BROTHERS FARMS,<br><br>Plaintiff,<br><br>vs.<br><br>CAMPOS FAMILY FARMS, LLC, a California limited liability company; VERONICA CAMPOS, individually; FERMIN M. CAMPOS, individually and as Trustee of the FERMIN AND VERONICA CAMPOS FAMILY TRUST and the FERMIN M. CAMPOS ADMINISTRATIVE TRUST; and ALFREDO MARTINEZ, individually,<br><br>Defendants. | **Case No. 12-CV-00598-DAD-EPG**<br><br>**STIPULATION OF DISMISSAL OF ACTION AND REQUEST TO RETAIN JURISDICTION OVER SETTLEMENT**<br><br>**ORDER FOR CLERK TO CLOSE CASE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Antonio Campos, Trustee of the Antonio and Juliet Campos Family Trust, as amended and restated under instrument dated October 8, 1996, doing business as Campos Brothers Farms, through his counsel of record herein, Kirin K. Virk of the law firm of Damrell, Nelson, Schrimp, Pallios, Pacher & Silva, and Michael Allan of the law firm of Steptoe & Johnson LLP, and Defendants, Campos Family Farms, LLC, a California limited liability company, Veronica Campos, individually, Fermin M. Campos, individually and as Trustee of the Fermin and Veronica Campos Family Trust, as amended and restated in 2008, and as Trustee of the Fermin M. Campos Administrative Trust and Alfredo Martinez, individually, through their counsel of record, Marshall Whitney, W.F. Docker and Timothy Buchanan of the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth LLP, as follows:

## RECITALS

A. Plaintiff filed this action (the "Trademark Action") against Defendants on April 16, 2012. By recommended order of June 8, 2012 and final order of June 25, 2012, the Court ordered the Trademark Action to arbitration before Justice Nickolas Dibiaso (Ret.).

B. Accordingly, the parties arbitrated the claims in the Trademark Action, in addition to claims and disputes related to a pending action between some of these parties and other parties in Fresno Superior Court, *Fermin Campos Farms, Inc. et al. v. Antonio Campos, et al*., Fresno County Superior Court, Case No. 10 CECG 01292 KCK (the "Partnership Action").

C. The parties to the Trademark Action and the Partnership Action entered into a full and complete settlement of their claims and disputes by way of a written and signed settlement agreement executed on July 5, 2017 (the "Settlement").

D. As part of the Settlement, Plaintiff and Defendants agreed that this Court will retain jurisdiction over the Trademark Action and the parties thereto to enforce the provisions of the Settlement related to the Trademark Action.

NOW, THEREFORE, IT IS HEREBY STIPULATED as follows:

///

///

STIPULATION

1. The Trademark Action shall be dismissed with prejudice.

2. The Court shall retain jurisdiction over the Trademark Action for the purpose of enforcing the Parties' related Settlement.

3. The Parties shall bear their own costs and attorney's fees in the Trademark Action.

DATED: September 7, 2017

DAMRELL, NELSON, SCHRIMP,
PALLIOS, PACHER & SILVA

By: */s/ Kirin K. Virk*
Kirin K. Virk
Attorneys for Plaintiff

STEPTOE & JOHNSON LLP

Michael J. Allan
Attorneys for Plaintiff

DATED: September 7, 2017

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: */s/ Marshall C. Whitney*
Marshall C. Whitney
W. F. Docker
Timothy J. Buchanan
Attorneys for Defendants

**ORDER**

1. Pursuant to the foregoing Stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1).").

2. The Clerk of the Court is DIRECTED to close this case.

3. The Court will retain jurisdiction for the purpose of permitting the parties to enforce the terms of their Settlement with respect to the Trademark Action.

4. The parties shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: **September 19, 2017**    /s/ *Elisa P. Grosjean*
UNITED STATES MAGISTRATE JUDGE